## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| CNH Industrial Capital America LLC,<br><br>Plaintiff,<br><br>v.<br><br>Keith K. Johnson, and Unity Bank, f/k/a Unity Bank East,<br><br>Defendants. | Case No.:18-cv-02795-PJS-DTS<br><br>**MOTION FOR AN ORDER FOR SEIZURE AND DELIVERY OF PROPERTY PURSUANT TO FED. R. CIV. P. 64 AND MINN. STAT. § 565.23** |

Plaintiff CNH Industrial Capital America LLC ("CNH") hereby moves the Court for an order pursuant to Fed. R. Civ. P. 64 and Minnesota Statue § 565.23, et seq. This motion is based on CNH's Notice of Hearing, Memorandum in Support of Motion for an Order for Seizure and Delivery of Property, the Affidavit of Greg Arkatin, and supporting exhibits filed with this motion, together with all pleadings, records, and arguments of counsel to date.

**STINSON LEONARD STREET LLP**

Dated: October 3, 2018    By: *s/ Benjamin J. Court*
Benjamin J. Court (#0319016)
Andrew J. Glasnovich (#0398366)
50 South Sixth Street, Ste. 2600
Minneapolis, MN 55402
Phone: 612.335.1500
Fax: 612.335.1657
Benjamin.Court@stinson.com
Drew.Glasnovich@stinson.com

**ATTORNEYS FOR PLAINTIFF**

142468749