# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CNH Industrial Capital America LLC,<br><br>Plaintiff,<br><br>v.<br><br>Keith K. Johnson, and Unity Bank, f/k/a Unity Bank East,<br><br>Defendants. | Case No.:18-cv-02795-PJS-DTS<br><br>**PLAINTIFF'S L.R. 7.1(A) MEET AND CONFER STATEMENT** |

Pursuant to Local Rule 7.1(a), and on behalf of Plaintiff, I certify that I have not yet met with the Defendants regarding CNH's motion for claim and delivery (the "Motion"). However, CNH and defendant Johnson engaged in a farmer-lender mediation under Minn. Stat. § 583.20, et seq. prior to the initiation of this litigation. The parties discussed all forms of relief but could not come to a resolution. Additionally, Plaintiff's Motion is similar to a request for temporary injunctive relief. Plaintiff believes that previewing the Motion to defendant Johnson prior to filing may result in the movement, loss, or destruction of the collateral at issue and that such result may be less likely if formal motion papers are filed first. Plaintiff agrees to make a good-faith effort prior to the hearing to resolve the issue with Defendant Johnson.

**STINSON LEONARD STREET LLP**

Dated: October 4, 2018     By: *s/ Benjamin J. Court*
Benjamin J. Court (#0319016)
Andrew J. Glasnovich (#0398366)

50 South Sixth Street, Ste. 2600
Minneapolis, MN 55402

Phone: 612.335.1500
Fax: 612.335.1657
Benjamin.Court@stinson.com
Drew.Glasnovich@stinson.com

**ATTORNEYS FOR PLAINTIFF**

144615127.2