# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CNH Industrial Capital America LLC, <br><br> Plaintiff, <br><br> v. <br><br> Keith K. Johnson, and Unity Bank, f/k/a Unity Bank East, <br><br> Defendants. | Case No.:18-cv-2795-PJS-DTS |

## CERTIFICATE OF SERVICE

I, Bonnie S. Heidtke, being first duly sworn and under oath, depose and say: I am of legal age, a citizen of the United States and not a party to the action herein; that on the 10th day of October 2018, I served the following documents:

1. Amended Notice of Hearing

upon the persons listed below by placing a true and correct copy of said document in an envelope and deposited same, with postage fully prepaid thereon, in the United States mail at Minneapolis, Minnesota, for delivery by the United States Post Office as directed on the envelope; that there is a regular mail service between the place of mailing and the address as directed on the envelope.

/*e*/Bonnie S. Heidtke
Bonnie S. Heidtke

Keith K. Johnson
15460 Little Lake Road
Center City, Minnesota 55012


Unity Bank -Teresa Rosengarden, CEO
1180 West 4th Street
Rush City, Minnesota 55069

CORE/3500313.0010/147011493.1